# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7273-JVS (PJW) | Date | December 15, 2016 |
|---|---|---|---|
| Title | *Jesus Gutierrez v. Ventura County Sheriff's Department, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   Order To Show Cause re Plaintiff's Failure to Provide the Court with His Current Address

On November 8, 2016, the Court issued a minute order dismissing Plaintiff's Complaint with leave to amend. (Doc. No. 5.) A copy of the minute order is attached hereto and incorporated herein. Plaintiff was granted leave to file a First Amended Complaint addressing the deficiencies discussed in the minute order by December 5, 2016. Plaintiff was warned that failure to timely abide by this order could result in the dismissal of this action.

On December 5, 2016, a copy of the minute order mailed to Plaintiff was returned as undeliverable. It appears that Plaintiff has not kept the Court properly apprised of his current address.

A plaintiff proceeding *pro se* must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court of said plaintiff's current address, the Court may dismiss the action with or without prejudice for failure to prosecute. *See* Local Rule 41-6; Fed. R. Civ. P. 41(b); *see also Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Accordingly, Plaintiff has until **December 28, 2016**, to update the Court with his current address and to file a First Amended Complaint curing the deficiencies noted in the minute order. Plaintiff is warned that if he does not respond to this Order within the time allowed, this action may be dismissed under Rule 41(b).

|   | : | 00 |
|---|---|---|
| Initials of Preparer | im | |

S:\PJW\Cases-Civil Rights\Gutierrez\MO_OSC P's failure to provide current address