UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUTIERREZ,<br><br>              Plaintiff,<br><br>     v.<br><br>VENTURA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>              Defendants. | Case No. CV 16-7273-JVS(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the Complaint be dismissed without prejudice.

DATED: March 9, 2017

                                    JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\MJ - Gutierrez v. Venturra Cnty Sheriff - Order accep r&r.wpd