JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>VENTURA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | CASE NO. CV 16-7273-JVS (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

    DATED: March 9, 2017

                                            JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\MJ - Gutierrez v. Ventura Cnty Sheriff - Judgment.wpd